UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

BENJAMIN THOMAS CHAPMAN,

      Defendant.
_____/

Case No. 2:24-cr-20670

Honorable Susan K. DeClercq
United States District Judge

**ORDER STRIKING DEFENDANT'S MOTION TO VACATE SENTENCE UNDER 28 U.S.C. § 2255 (ECF No. 26)**

On November 5, 2025, Defendant Benjamin Chapman moved to vacate his sentence pursuant to 28 U.S.C. § 2255. ECF No. 26.

Upon review of the filing, this Court finds that Chapman did not sign the motion; rather, Chapman's mother, Lynne Margaret Chapman, signed the motion as Chapman's "Power of Attorney." ECF No. 26 at PageID.206. Although purportedly acting pursuant to a power of attorney, which confers upon her the status of an *attorney in fact*, Lynne Margaret Chapman has not represented that she is an *attorney at law* with the ability to file motions on her son's behalf. *See Khatri Estate v. Dearborn Public Schools*, 4:23-cv-12930, 2025 WL 2427196, at *9 (E.D. Mich. July 31, 2025). "A non-lawyer may not represent another non-lawyer in connection with a matter pending in federal court. This is so even if such representation is purportedly authorized by a power of attorney or other agreement." *Id.* (quoting *Brown v.*

*Bobbett*, No. 20-1278, 2021 WL 982335, at *1 (W.D. Tenn. Mar. 16, 2021)); *see also* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct *their own cases* personally or by counsel." (emphasis added)). This Court must therefore strike the motion under Civil Rule 11(a), which requires without exception that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by *a party personally* if the party is unrepresented." FED. R. CIV. P. 11(a) (emphasis added); *cf. Fabricant v. David Allen Cap., Inc.*, No. 23-cv-11111, 2023 WL 8039414, at *1 (striking motion to dismiss and reasoning "[defendant's] motion to dismiss was not filed through licensed counsel. Thus, it was not properly filed and will not be accepted by this Court.").

Accordingly, it is **ORDERED** that the Motion to Vacate, ECF No. 26, is **STRICKEN**.

*/s/Susan K. DeClercq*  
SUSAN K. DeCLERCQ  
United States District Judge

Dated: December 5, 2025